IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENVUE TELEMATICS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00321-JRG-RSP |
| | § | |
| DANIEL SHIVE, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Defendant Daniel Shive previously filed a 12(b)(1) Motion to Dismiss (the "Motion"). (Dkt. No. 7.) Magistrate Judge Payne entered a Report and Recommendation recommending denial of the Motion. (Dkt. No. 13 at 1.) Since no objections have been filed and for the reasons set forth in the Report and Recommendation, the Report and Recommendation (Dkt. No. 13) is hereby **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 7) is **DENIED**.

**So ORDERED and SIGNED this 17th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE